THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24- 19 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | THEFT FROM A FEDERAL FIREARMS LICENSEE (Count 1) Title 18 U.S.C. § 922(u) (Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release) |
| ISAAC MICHAEL PRICE, Defendant. | POSSESSION OF STOLEN FIREARMS (Count 2) Title 18 U.S.C. § 922(j) (Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release) |
| | CRIMINAL FORFEITURE Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

COUNT 1

That on or about January 18, 2024, in Billings, within Yellowstone County, in the State and District of Montana, the defendant, ISAAC MICHAEL PRICE, did unlawfully steal firearms that had been transported in interstate commerce from the business inventory of the premises at Shipton's Big R in Billings, Montana, a business licensed to deal firearms, in violation of 18 U.S.C. § 922(u).

COUNT 2

That on or about January 18, 2024, in Billings, within Yellowstone County, in the State and District of Montana, the defendant, ISAAC MICHAEL PRICE, knowingly possessed, in and affecting interstate commerce, firearms, knowing and having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. § 922(j).

///

///

///

///

///

///

## FORFEITURE ALLEGATION

If convicted of either of the offenses charged in this indictment, the defendant, ISAAC MICHAEL PRICE, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition used and involved in a knowing violation of said offenses.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

*(signature)*
for JESSE A. LASLOVICH
United States Attorney

*(signature)*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney